**From:** Hilary Angelucci <hangelucci@lexingtonky.gov>
**Sent:** Tuesday, January 06, 2015 4:42 PM
**To:** 'Kotarek, Aaron'
**Cc:** Susan Lamb; Craig Cammack; Peggy Henson
**Subject:** FW: Litter from the Herald Leader

Hi Aaron,
Can you please see the email below and remove Gina Lowry from your distribution list?

I have copied CM Lamb and her legislative aide, Craig Cammack, since Ms. Lowry falls in their district.

We appreciate the help!

Thank you,
Hilary



Hilary Angelucci

Legislative Aide to Council Member Peggy Henson

hangelucci@lexingtonky.gov

Office: 859-258-3201


To be added the 11th District email list, please contact me at hangelucci@lexingtonky.gov.

-----Original Message-----
From: Lowry, Regina [mailto:GinaLowry@uky.edu]
Sent: Monday, January 05, 2015 8:10 AM
To: Council Members (Email)
Subject: Litter from the Herald Leader

I believe that the unsolicited materials from the Herald Leader that are thrown into my driveway are litter. I have asked them to stop these deliveries ... and they did for about two years. But now they're back, and calls to the circulation department to stop these deliveries are ignored. I am not a subscriber to the Herald Leader. Please take action to stop these deliveries.

Gina Lowry
3988 Forest Green Dr
Lexington, KY  40517

859-221-9290

1



EXHIBIT 1

LFUCG - HL 00228