Export

| | | |
|---|---|---|
| From: | Cavan Allen | Sent: Wed, 04 Feb 2015 00:43:22 GMT |
| To: | Council Members (Email) | |
| Subject: | Herald Leader Wednesday Community Flyer | |

Attachments may contain viruses that are harmful to your computer. Attachments may not display correctly.

 20150203_183436.jpg (1688Kb)

Dear Council Members,

Thank you for taking time to read my email. I have addressed my concern with my district's council member (Ms. Henson) and I have heard you all take up the issue in chambers. But, I just wanted to show you what a problem this flyer is.

I have attached a picture of the driveway/sidewalk of an unoccupied home in my neighborhood. Please note the smudges on right of the picture are near mush. I feel very strongly the Herald-Leader is acting carelessly with the distribution of the flyer. And, it has taken 3 written requests for the delivery to stop at my house.

I have taken to carrying a trashbag on my evening walks to pic up the flyers that are a week old, but I left this home alone just to see what would happen. I hope that a solution can be found that results in less litter and mess in our neighborhoods.

I would be more than happy to address this matter further, or provide more photos of the mess.

Kindest regards,

Cavan W. Allen
814 Furlong Dr.


EXHIBIT 2

LFUCG - HL 00155



LFUCG - HL 00156