**From:** Hilary Angelucci <hangelucci@lexingtonky.gov>
**Sent:** Tuesday, June 23, 2015 4:43 PM
**To:** 'Phyllis Surgener'
**Cc:** Peggy Henson
**Subject:** RE: Handbills that the Lex Herald Leader throws

Hi Phyllis,

Thanks for reaching out. CM Henson has actually placed this issue into the Planning and Public Safety Committee to be reviewed. Many Council Members recognize this distribution is a real issue for many folks in Lexington. The item will come forward at the Aug. 11th meeting. During that meeting, CM Henson will bring forward an ordinance that will only allow unsolicited written materials to be distributed on a front porch, through a mail slot, attaching to front door, etc.

I do know that there is about a 2-3 week turnaround time to get removed from the list (from the time you make the request to the time you stop seeing the distribution). If you would like to give me your address, I can reach out to our Herald Leader contact to make sure you have been removed.

Thank you,
Hilary


Hilary Angelucci
Legislative Aide to Council Member Peggy Henson
hangelucci@lexingtonky.gov
Office: 859-258-3201

*To be added the 11th District email list, please contact me at hangelucci@lexingtonky.gov.*

**From:** Phyllis Surgener [mailto:JunglePhyl@twc.com]
**Sent:** Tuesday, June 23, 2015 1:03 PM
**To:** Hilary Angelucci
**Subject:** Handbills that the Lex Herald Leader throws

Hilary,

Is there anything that can be done about the handbills that the Lex Herald Leader has those people throwing in people's driveways? I live in Headley Green where there are many older people and some that cannot get out to the mailboxes so they have their mail brought to the door. The handbills are thrown into the driveways (or street) and then just lay there. I have asked them to put me on their "do not drop" list and they still leave them at my address.

Thank you for your help.

Phyllis Surgener   277-2114

1



EXHIBIT
6

LFUCG - HL 00225

Hilary,

Is there anything that can be done about the handbills that the Lex Herald Leader has those people throwing in people's driveways? I live in Headley Green where there are many older people and some that cannot get out to the mailboxes so they have their mail brought to the door. The handbills are thrown into the driveways (or street) and then just lay there. I have asked them to put me on their "do not drop" list and they still leave them at my address.

Thank you for your help.

Phyllis Surgener  277-2114

**From:** Phyllis Surgener <JunglePhyl@twc.com>
**Sent:** Wednesday, June 24, 2015 12:40 PM
**To:** Hilary Angelucci
**Subject:** Re: Handbills that the Lex Herald Leader throws

I've already spoken to some guy there, but I forgot his name. It's been several months ago when I was coming down Della drive and this girl was delivering those handbills. She was on the phone the whole time and just throwing them out the window while trying to drive. She was putting them everywhere but the right place. I stopped beside her and told her she was putting them everywhere but where they were supposed to be. She said, "oh sorry". Then kept right on doing the same thing. I gave the HL guy her car and license number.

But we have many neighbors over here who don't want them, but don't know how to get them stopped. I told the Newsletter person we needed to post the info in there. I'm glad to hear they are going to do something about it. You see those things all over the streets.

Thanks, Phyllis

----- Original Message -----
**From:** Hilary Angelucci
**To:** Phyllis Surgener
**Cc:** Peggy Henson
**Sent:** Tuesday, June 23, 2015 4:43 PM
**Subject:** RE: Handbills that the Lex Herald Leader throws

Hi Phyllis,
Thanks for reaching out. CM Henson has actually placed this issue into the Planning and Public Safety Committee to be reviewed. Many Council Members recognize this distribution is a real issue for many folks in Lexington. The item will come forward at the Aug. 11th meeting. During that meeting, CM Henson will bring forward an ordinance that will only allow unsolicited written materials to be distributed on a front porch, through a mail slot, attaching to front door, etc.

I do know that there is about a 2-3 week turnaround time to get removed from the list (from the time you make the request to the time you stop seeing the distribution). If you would like to give me your address, I can reach out to our Herald Leader contact to make sure you have been removed.

Thank you,
Hilary

Hilary Angelucci
Legislative Aide to Council Member Peggy Henson
hangelucci@lexingtonky.gov
Office: 859-258-3201

*To be added the 11th District email list, please contact me at hangelucci@lexingtonky.gov.*

**From:** Phyllis Surgener [mailto:JunglePhyl@twc.com]
**Sent:** Tuesday, June 23, 2015 1:03 PM
**To:** Hilary Angelucci
**Subject:** Handbills that the Lex Herald Leader throws

1

LFUCG - HL 00240