UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | |
|---|---|
| LEXINGTON H-L SERVICES, INC., d/b/a/ LEXINGTON HERALD-LEADER<br><br>     Plaintiff,<br><br>v.<br><br>LEXINGTON-FAYETTE URBAN COUNTY GOVERNMENT,<br><br>     Defendant. | CIVIL NO. 5:17-CV-154-KKC<br><br><br><br>**JUDGMENT** |

\*\*\* \*\*\* \*\*\*

In accordance with the order entered on this date, the Court hereby **ORDERS** and **ADJUDGES** as follows:

1. judgment is entered in favor of Defendant;

2. this matter is **DISMISSED** and **STRICKEN** from the Court's active docket; and

3. this judgment is **FINAL** and **APPEALABLE**.

Dated July 19, 2018.

*/s/ Karen K. Caldwell*
KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY